Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DIRECTV, INC., a California corporation,

  Plaintiff,

  v.

KEN HOLT,

  Defendant.

No. CV-04-5486-RBL
DIRECTV Litigation

STIPULATION AND ORDER OF DISMISSAL

The parties hereby stipulate, pursuant to Fed.R.Civ.P. 41(a)(1), to the dismissal of all claims against the Defendant KEN HOLT with prejudice and without attorneys' fees or costs.

//
//
//
//
//
//
//
//

STIPULATION AND ORDER OF DISMISSAL
NO. CV-04-5486-RBL
DIRECTV Litigation – Page 1

| | |
|---|---|
| 1 | DATED: March 8, 2005. |
| 2 | |
| 3 | YARMUTH WILSDON CALFO PLLC         CARPELAW |
| 4 | |
| 5 | |
| 6 | By: _/s/_____      By: __/s/_____ |
|   |     Sally Gustafson Garratt, WSBA #7638     Robert S. Apgood, WSBA #31023 |
| 7 | Attorneys for Plaintiff DIRECTV, Inc.         Defendant |

**IT IS SO ORDERED.**

DATED: August 22, 2005.

_/s/ Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
NO. CV-04-5486-RBL
DIRECTV Litigation – Page 2